IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EVELYN LOPEZ RIVERA

XXX-XX-1747

Debtor(s)

CASE NO. 13-02505 ESL

Chapter 13

**FILED & ENTERED ON 6/24/2016**

ORDER AND NOTICE

A hearing is hereby scheduled for **12/7/2016** at **09:00 A.M.** at JOSE V TOLEDO FED BLDG & US COURTHOUSE, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR; to consider the following:

1- Motion to dismiss by Scotiabank PR (docket entry #74);

2- Debtor's reply (docket entry #80);

3- Motion requesting entry of order filed by Firstbank (docket entry #82) and

4- Debtor's motion in compliance with order (docket entry #84).

The Clerk shall give notice to all parties in interest.

In San Juan, Puerto Rico, this 24 day of June, 2016.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: All Creditors